IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAPE FEAR RIVER WATCH, RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP, WATERKEEPER ALLIANCE, HUMANE WORLD FOR ANIMALS, FOOD & WATER WATCH, ENVIRONMENT AMERICA, CENTER FOR BIOLOGICAL DIVERSITY, and ANIMAL LEGAL DEFENSE FUND, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Respondents*. | Case No. _____ |

**PETITION FOR REVIEW**

Pursuant to Section 509(b)(1) of the Clean Water Act, 33 U.S.C. § 1369(b)(1), Federal Rule of Appellate Procedure 15, and Ninth Circuit Local Rule 15-1, Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Alliance, Humane World for Animals, Food & Water Watch, Environment America, Center for Biological Diversity, and Animal Legal Defense Fund ("Petitioners") hereby petition the United States Court of Appeals for the Ninth Circuit for review of the final action of Respondents U.S. Environmental Protection Agency ("EPA") and EPA Administrator Lee Zeldin deciding not to finalize revised effluent limitation guidelines ("ELGs") or promulgate pretreatment standards for the Meat and Poultry Products industrial point source category (40 C.F.R. Part 432).

EPA announced this action in a Federal Register notice published at 90 Fed. Reg. 42538 (Sept. 3, 2025), titled "Clean Water Act Effluent Limitations Guidelines and Standards for the

1

Meat and Poultry Products Point Source Category" (Exhibit A). EPA's docket number for this final action is EPA–HQ–OW–2021–0736.

Respectfully submitted this 15th day of September, 2025.

/s/ *Sarah Kula*
SARAH KULA
JENNIFER DUGGAN
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
(202) 599-9786
skula@environmentalintegrity.org
jduggan@environmentalintegrity.org

/s/ *Alexis Andiman*
ALEXIS ANDIMAN
ASHLEY INGRAM*
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(212) 854-7376
aandiman@earthjustice.org
aingram@earthjustice.org

* Application for admission *pro hac vice* to follow

*Counsel for Petitioners Cape Fear River Watch, Rural Empowerment Association for Community Help, Waterkeepers Alliance, Humane World for Animals, Food & Water Watch, Environment America, Center for Biological Diversity, and Animal Legal Defense Fund*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 15. Certificate of Service for Electronic Filing**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** _____

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

> Petition for Review, dated September 15, 2025
>
> Exhibit A: Federal Register notice published at 90 Fed. Reg. 42538 (Sept. 3, 2025), titled "Clean Water Act Effluent Limitations Guidelines and Standards for the Meat and Poultry Products Point Source Category"

**Signature** /s/ *Sarah Kula*     **Date** September 15, 2025
*(use "*s/[typed name]*" to sign electronically-filed documents)*