# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAPE FEAR RIVER WATCH; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> Respondents, <br><br> ---------------------------------------- <br><br> and MEAT AND POULTRY PRODUCTS INDUSTRY COALITION, <br><br> Intervenor. | No. 25-5819 <br><br> Agency No. EPA-HQ-OW-2021-0736 <br><br> Environmental Protection Agency <br><br> ORDER |

Before: SILVERMAN and BUMATAY, Circuit Judges.

The motion (Docket Entry No. 12) to intervene is granted.

The opening brief remains due December 5, 2025. The answering brief remains due January 5, 2026. Intervenor's brief is due January 20, 2026. The optional reply brief is due 21 days after intervenor's brief is served.